IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Boyd Allen Washington, | ) | Civil Action No. 5:17-cv-1677-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| | ) | |
| Nancy A. Berryhill, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Attorney Fees Pursuant to the

Equal Access to Justice Act ("EAJA") and Motion for Award of Court Costs, ECF No. 24, and

the parties' joint Stipulation for an Award of Attorney Fees Pursuant to the EAJA, ECF No. 25.

In the Stipulation, the parties advise of their agreement to stipulate to an award of attorney fees

under the EAJA, 28 U.S.C. § 2412(d), in the amount of Three Thousand One Hundred Fifty

($3,150.00) Dollars and Twenty Dollars and 31/100 ($20.31) in expenses. The stipulated amount

"represents compensation for all legal services rendered on behalf of Plaintiff by counsel in

connection with this civil action, in accordance with 28 U.S.C. § 2412(d)." ECF No. 25 at 1.[1]

The court finds the stipulated amount of fees to be reasonable and in accordance with applicable

law.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), EAJA fees awarded by this

court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset

Program, 31 U.S.C. § 3716(c)(3)(B). Therefore, this court directs the stipulated amount of

attorney fees be payable to Plaintiff, Boyd Allen Washington, and sent to the business address of

---

[1] In Plaintiff's Fee Petition, counsel indicated she spent 22.00 hours representing Plaintiff before
the court. ECF No. 24-1.

Christi B. McDaniel, Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

An award of $3150.00 in attorney fees and $20.31 in expenses pursuant to the EAJA is granted in accordance with this Order. Plaintiff's Petition for EAJA Fees, ECF No. 24, is granted to the extent it is consistent with this Order.

IT IS SO ORDERED.

September 20, 2018
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge